Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
301 West Northern Lights Blvd. Suite 301
Anchorage, Alaska  99503-2648
Telephone:   (907) 264-3325
             (907) 264-3303
Facsimile:   (907) 276-2631
Email:       jamiesonb@lanepowell.com
             baylousm@lanepowell.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| INTERNATIONAL LEASE FINANCE CORPORATION AND WILMINGTON TRUST SP SERVICES (DUBLIN) LIMITED, not in its individual capacity but solely as owner trustee,<br><br>                               Plaintiffs,<br><br>v.<br><br>JSC "AIR COMPANY YAKUTIA",<br><br>                               Defendant. | Case No. 3:13-cv-00184-SLG<br><br>**NOTICE OF DISMISSAL**<br>**PRIOR TO ANSWER** |

COME NOW, Plaintiffs International Lease Finance Corporation and Wilmington Trust SP Services (Dublin) Limited, not in its individual capacity but solely as owner trustee, by and through their counsel of record, Lane Powell LLC, and give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that this action against JSC "Air Company Yakutia" is dismissed without prejudice.

DATED this 14th day of October, 2013.

                                        LANE POWELL LLC
                                        Attorneys for Plaintiffs

                                        By   s/ Brewster H. Jamieson
                                             Brewster H. Jamieson, ABA No. 8411122
                                             Michael B. Baylous, ABA No. 0905022

127509.0002/5850662.1